## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 22-01836  
**Case Name:** WERNER, TODD WILLIAM  
**For Period Ending:** 11/18/2022

**Trustee Name:** (420390) Thomas C. Richardson  
**Date Filed (f) or Converted (c):** 09/09/2022 (f)  
**§ 341(a) Meeting Date:** 10/12/2022  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2014 Chevrolet Sonic LS, 78500 miles | 0.00 | 0.00 | | 0.00 | FA |
| 2 | CLOTHES WASHER DRYER, COOKING UTENSILS, SOFA, BEDDING, FREEZER, MICROWAVE | 1,215.00 | 0.00 | | 0.00 | FA |
| 3 | TV, COMPUTER, RADIO, MEDIA PLAYER, CELLPHONE | 1,450.00 | 0.00 | | 0.00 | FA |
| 4 | ANTIQUE, BOOK | 420.00 | 0.00 | | 0.00 | FA |
| 5 | PIANO | 200.00 | 0.00 | | 0.00 | FA |
| 6 | CLOTHES | 160.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Deposits of money: CHIME | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Deposits of money: CHIME | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Ret. or Pension Acct.: PRINCIPAL | 244.27 | 0.00 | | 0.00 | FA |
| 11 | Security dep. and prepayments: STOUGHTON ESTATES | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | Other amounts someone owes you | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 13 | H2 STORAGE, STORAGE UNIT | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Avoidable transfer (u) | 0.00 | Unknown | | 2,407.27 | Unknown |
| 14 | **Assets    Totals    (Excluding unknown values)** | **$6,539.27** | **$1,200.00** | | **$2,407.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

11/14/22 - Follow up letter; 10/14/22 - Preference demand letter; 10/12/22 - 341 meeting

**Initial Projected Date Of Final Report (TFR):**    03/01/2023           **Current Projected Date Of Final Report (TFR):**    03/01/2023

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 22-01836  
**Case Name:** WERNER, TODD WILLIAM  

**Trustee Name:** (420390) Thomas C. Richardson  
**Date Filed (f) or Converted (c):** 09/09/2022 (f)  
**§ 341(a) Meeting Date:** 10/12/2022  

**For Period Ending:** 11/18/2022  
**Claims Bar Date:**

11/18/2022  
Date

/s/Thomas C. Richardson  
Thomas C. Richardson