# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 22-01836  
**Case Name:** WERNER, TODD WILLIAM  
**For Period Ending:** 12/31/2022

**Trustee Name:** (420390) Thomas C. Richardson  
**Date Filed (f) or Converted (c):** 09/09/2022 (f)  
**§ 341(a) Meeting Date:** 10/12/2022  
**Claims Bar Date:** 02/17/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2014 Chevrolet Sonic LS, 78500 miles | 0.00 | 0.00 | | 0.00 | FA |
| 2 | CLOTHES WASHER DRYER, COOKING UTENSILS, SOFA, BEDDING, FREEZER, MICROWAVE | 1,215.00 | 0.00 | | 0.00 | FA |
| 3 | TV, COMPUTER, RADIO, MEDIA PLAYER, CELLPHONE | 1,450.00 | 0.00 | | 0.00 | FA |
| 4 | ANTIQUE, BOOK | 420.00 | 0.00 | | 0.00 | FA |
| 5 | PIANO | 200.00 | 0.00 | | 0.00 | FA |
| 6 | CLOTHES | 160.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Deposits of money: CHIME | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Deposits of money: CHIME | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Ret. or Pension Acct.: PRINCIPAL | 244.27 | 0.00 | | 0.00 | FA |
| 11 | Security dep. and prepayments: STOUGHTON ESTATES | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | Cares Act Stimulus Check | 1,200.00 | 0.00 | | 0.00 | FA |
| 13 | H2 STORAGE, STORAGE UNIT | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Avoidable transfer (u) | 0.00 | 2,407.27 | | 2,407.27 | FA |
| **14** | **Assets Totals (Excluding unknown values)** | **$6,539.27** | **$2,407.27** | | **$2,407.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

2/22/23 - TFR filed today; 2/17/23 check claims   11/16/22  $2407.27 received   11/14/22 - Follow up letter; 10/14/22 - Preference demand letter; 10/12/22 - 341 meeting

**Initial Projected Date Of Final Report (TFR):** 03/01/2023          **Current Projected Date Of Final Report (TFR):** 02/22/2023 (Actual)

03/17/2023  
Date

/s/Thomas C. Richardson  
Thomas C. Richardson

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 22-01836 | Trustee Name: | Thomas C. Richardson (420390) |
|---|---|---|---|
| Case Name: | WERNER, TODD WILLIAM | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***3198 | Account #: | ******8901 Checking |
| For Period Ending: | 12/31/2022 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/16/22 | {14} | Orbit Leasing, Inc. | Preferential Transfer | 1229-000 | 2,407.27 | | 2,407.27 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,402.27 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,397.27 |

|  | Account | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 1 | Deposits | 2,407.27 | 0 | Checks | 0.00 | |
| 0 | Interest Postings | 0.00 | 2 | Adjustments Out | 10.00 | |
| | Subtotal | 2,407.27 | 0 | Transfers Out | 0.00 | |
| 0 | Adjustments In | 0.00 | | Total | 10.00 | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | 2,407.27 | | | | |

Page Subtotals:    $2,407.27    $10.00

{ } Asset Reference(s)                                            ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 22-01836 | **Trustee Name:** | Thomas C. Richardson (420390) | |
| **Case Name:** | WERNER, TODD WILLIAM | **Bank Name:** | TriState Capital Bank | |
| **Taxpayer ID #:** | **-***3198 | **Account #:** | ******8901 Checking | |
| **For Period Ending:** | 12/31/2022 | **Blanket Bond (per case limit):** | $2,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| | |
|---:|---:|
| Net Receipts: | $2,407.27 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,407.27 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8901 Checking | $2,407.27 | $10.00 | $2,397.27 |
| | $2,407.27 | $10.00 | $2,397.27 |

03/17/2023
Date

/s/Thomas C. Richardson
Thomas C. Richardson