FORM poFinRpt (08/14)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Todd William Werner**<br>255 Memorial Drive<br>Apt D-16<br>Sturgis, MI 49091<br>SSN: xxx-xx-4451<br><br>**Debtor** | Case Number 22-01836-swd<br><br>Chapter 7<br><br>Honorable Scott W. Dales |

### ORDER APPROVING TRUSTEE'S APPLICATION
### FOR COMPENSATION AND TRUSTEE'S FINAL REPORT

PRESENT: Honorable Scott W. Dales
Chief United States Bankruptcy Judge

The Trustee's Final Report, including Trustee's application for Chapter 7 fees and administrative expenses, was filed by the trustee in this case and was served upon all creditors and other parties listed on the matrix. Creditors were given 21 days to object to (1) the payment of fees and expenses of the trustee and (2) to the distribution of estate funds as proposed in the Notice of Trustee's Final Report.

On this date, no objections have been filed and no hearings have been requested.

IT IS ORDERED that the Chapter 7 trustee's fees and expenses set forth in the Trustee's Final Report are approved, and shall be paid, as soon as is practicable, pursuant to § 330 of the Bankruptcy Code.

IT IS FURTHER ORDERED that the Trustee's Final Report and any distributions made thereon are approved.

IT IS FURTHER ORDERED that pursuant to Fed. R. Bankr. P. 3010, no dividend of less than $5.00 will be distributed to any creditor, but will be paid to the court as an unclaimed fund. No further order of the court shall be issued to effect this payment.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed.R.Bankr.P. 9022 and LBR 5005-4 upon the Debtor, the Chapter 7 trustee and the Office of the United States Trustee.

IT IS FURTHER ORDERED that this shall be a final order.

END OF ORDER

**IT IS SO ORDERED.**

Dated March 29, 2023



_____
Scott W. Dales
United States Bankruptcy Judge